UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAN JING HUANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JANET MARY JONES,<br><br>　　　　Defendant. | No. 2:19-cv-0343 MCE DB PS<br><br><br>ORDER |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 9, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. ECF No. 8. Plaintiff has filed objections to the findings and recommendations. ECF No. 9.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 9, 2019, ECF No. 8, are ADOPTED in full;

2. Plaintiff's February 26, 2019 application to proceed in forma pauperis, ECF No. 2, is DENIED;

3. Plaintiff's February 26, 2019 Complaint, ECF No. 1, is DISMISSED without prejudice; and

4. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: February 5, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE